JULY 28, 1979

No. A–89 (78–610). COLUMBUS BOARD OF EDUCATION ET AL. v. PENICK ET AL., *ante*, p. 449. Motion to issue judgment, or in the alternative to vacate stay, presented to MR. JUSTICE WHITE, and by him referred to the Court. It is ordered that the stay entered by MR. JUSTICE REHNQUIST on August 11, 1978 [439 U. S. 1348], be vacated. It is further ordered that the judgment of this Court shall issue forthwith. MR. JUSTICE REHNQUIST took no part in the consideration or decision of these orders.

AUGUST 8, 1979

No. 79–14. PACIFIC FAR EAST LINE, INC. v. ZIRPOLI, U. S. DISTRICT JUDGE (R. J. REYNOLDS TOBACCO CO. ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari dismissed under this Court's Rule 60.